IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Christopher Mark Theodore, as founder and
Publisher of Reader Magazine,

            Plaintiff,

vs.

Columbia Journalism Review, and Erika Fry,
Individually, and as Associate Editor of
Columbia Journalism Review,

            Defendants.

**NOTICE OF DISMISSAL BY PLAINTIFF**

**Case No. 12 cv 8064**

## NOTICE OF DISMISSAL BY PLAINTIFF

1. Attorney for Plaintiff files this Notice of Dismissal of this case without prejudice as to all defendants.

2. I certify, under penalty of contempt, that:

   **No answer or motion has been served upon the plaintiff by the defendants as of the date of this notice.**

Date:   February 19, 2013

                                          _[signature]_
                                        EISNER & MIRER, P.C.
                                        By: Jeanne E. Mirer
                                        113 University Place, 8th Flr.
                                        New York, NY 10003
                                        (212) 473-8700